RODECKER v. LONG et al.

No. 33042.   Oct. 12, 1948.

*198 P. 2d 638.*

Leslie W. Lisle, of Tulsa, for plaintiff in error.

Joe W. Simpson, of Tulsa, for defendants in error.

PER CURIAM.   Defendant has appealed from a judgment entered against her in the trial court. On May 5, 1947,

she filed her brief. The authorities therein cited reasonably sustain the allegations of error. The defendants in error have filed no brief and have offered no excuse for such failure. Under such circumstances, as stated in Osborne v. Osborne, 163 Okla. 273, 21 P. 2d 1056, it is not the duty of this court to search the record for some theory upon which to sustain the action of the trial court, but the cause will be reversed.

Reversed for a new trial.

HURST, C.J., DAVISON, V.C.J., and RILEY, WELCH, CORN, GIBSON, and LUTTRELL, JJ., concur.